UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEMARCO RICHARDS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND,<br><br>　　　　　Respondent. | No. 1:16-cv-00139-LJO-JLT (HC)<br><br>**ORDER DISMISSING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>**[Doc. No. 28]** |

　　　　On March 15, 2017, the District Court issued an order denying the petition. The Court also declined to issue a certificate of appealability. On April 18, 2017, Petitioner filed a notice of appeal and the appeal was processed to the Ninth Circuit. On April 21, 2017, Petitioner filed a motion for certificate of appealability. The Ninth Circuit denied the appeal on November 9, 2017.

　　　　Because this Court and the Ninth Circuit Court of Appeals have denied a certificate of appealability, Petitioner's motion for certificate of appealability is hereby DISMISSED.

IT IS SO ORDERED.

　　Dated: __December 4, 2017__　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1